**Earl Donte' CHANDLER, Petitioner—
Appellant,**

v.

**Gene M. JOHNSON, Director of the
Virginia Department of Correc-
tions, Respondent—Appellee.**

No. 05–7880.

United States Court of Appeals,
Fourth Circuit.

Submitted: March 30, 2006.

Decided: April 10, 2006.

Earl Donte' Chandler, Appellant Pro Se.

Before TRAXLER, GREGORY, and
SHEDD, Circuit Judges.

Dismissed by unpublished PER
CURIAM opinion.

Unpublished opinions are not binding
precedent in this circuit. See Local Rule
36(c).

PER CURIAM:

Earl Donte' Chandler, a state prisoner,
seeks to appeal the district court's order
denying relief on his petition filed under 28
U.S.C. § 2254 (2000). An appeal may not
be taken from the final order in a habeas
corpus proceeding unless a circuit justice.
or judge issues a certificate of appealabili-
ty. 28 U.S.C. § 2253(c)(1) (2000). When,
as here, a district court dismisses a § 2254
petition solely on procedural grounds, a
certificate of appealability will not issue
unless the petitioner can demonstrate both
"(1) 'that jurists of reason would find it
debatable whether the petition states a

valid claim of the denial of a constitutional
right' and (2) 'that jurists of reason would
find it debatable whether the district court
was correct in its procedural ruling.'"
*Rose v. Lee,* 252 F.3d 676, 684 (4th Cir.)
(quoting *Slack v. McDaniel,* 529 U.S. 473,
484, 120 S.Ct. 1595, 146 L.Ed.2d 542
(2000)), *cert. denied,* 534 U.S. 941, 122
S.Ct. 318, 151 L.Ed.2d 237 (2001). We
have reviewed the record and conclude for
the reasons stated by the district court
that Chandler has not made the requisite
showing. *See Chandler v. Johnson,* No.
CA–05–568–2 (E.D.Va. Nov. 14, 2005).
Accordingly, we deny leave to proceed in
forma pauperis, deny a certificate of ap-
pealability, and dismiss the appeal. We
dispense with oral argument because the
facts and legal contentions are adequately
presented in the materials before the court
and argument would not aid the decisional
process.

*DISMISSED*